**In the Matter of John J. KELLER.**

**No. 491, Disciplinary Docket No. 2.**
**No. 6 DB 83—Disciplinary Board.**

Supreme Court of Pennsylvania.

Oct. 11, 1994.

PETITION FOR REINSTATEMENT

*ORDER*

PER CURIAM:

AND NOW, this 11th day of October, 1994, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated April 20, 1994, the Petition for Reinstatement is granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.

MONTEMURO, J., is sitting by designation.

■

**In the Matter of Everett P. PRIESTLEY.**

**No. 55 Disciplinary Docket No. 3.**
**Board File No. C2–94–566.**

Supreme Court of Pennsylvania.

Oct. 14, 1994.

*ORDER*

PER CURIAM:

AND NOW, this 14th day of October, 1994, Everett P. Priestley having been suspended until further order from the practice of law in the State of Delaware by Order of the Supreme Court of the State of Delaware dated May 23, 1994; the said Everett P. Priestley having been directed on August 10, 1994, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and no response having been filed, it is

ORDERED that Everett P. Priestley is suspended from the practice of law in this Commonwealth pursuant to the Order of the Supreme Court of the State of Delaware dated May 23, 1994, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

MONTEMURO, J., is sitting by designation.